# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA FRANCINE MARTINEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>  Defendant | Case No. 2:17-CV-03069 (VEB)<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS' FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

**IT IS ORDERED** that the Commissioner shall pay the amount of $5,000.00 (Five Thousand Dollars and No Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: November 12, 2018     /s/Victor E. Bianchini
                             VICTOR E. BIANCHINI
                             UNITED STATES MAGISTRATE JUDGE